IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN THEBERGE, ANTOINETTE SUCHENKO,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC,<br><br>Defendant. | 18cv1472<br>LEAD CASE |
| TOM BROWN,<br><br>Plaintiff,<br><br>v.<br><br>APOLLO BOX, INC.,<br><br>Defendant. | 18cv1473<br>MEMBER CASE |
| TOM BROWN,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGESTONE GOLF, INC.,<br><br>Defendant. | 18cv1474<br>MEMBER CASE |
| TOM BROWN,<br><br>Plaintiff,<br><br>v.<br><br>GIANT BICYCLE, INC.,<br><br>Defendant. | 18cv1485<br>MEMBER CASE |

RACHEL GNIEWKOWSKI,

Plaintiff, 18cv1486
MEMBER CASE

v.

FITBIT, INC.,

Defendant.

---

RACHEL GNIEWKOWSKI,

Plaintiff, 18cv1487
MEMBER CASE

v.

KEEN, INC.,

Defendant.

---

TOM BROWN,

Plaintiff, 18cv1495
MEMBER CASE

v.

LEDBURY INC.,

Defendant

---

RACHEL GNIEWKOWSKI,

Plaintiff, 18cv1496
MEMBER CASE

v.

L'ANGE HAIR, INC.,

Defendant

TOM BROWN,

Plaintiff,

v.

RTIC WEB SERVICES, LLC,

Defendant.

18cv1497
MEMBER CASE

---

LISA GATHERS, TOM BROWN,

Plaintiffs,

v.

THE TEACHING COMPANY SALES, LLC,

Defendant.

18cv1512
MEMBER CASE

---

TOM BROWN,

Plaintiff,

v.

SPECIALIZED BICYCLE COMPONENTS, INC.,

Defendant.

18cv1513
MEMBER CASE

---

TOM BROWN,

Plaintiff,

v.

SUUNTO INCORPORATED,

Defendant.

18cv1514
MEMBER CASE

---

RACHEL GNIEWKOWSKI,

Plaintiff, 18cv1520
MEMBER CASE

v.

MONOPRICE, INC.,

Defendant.

---

RACHEL GNIEWKOWSKI,

Plaintiff, 18cv1523
MEMBER CASE

v.

RETAIL CONVERGENCE.COM, LP,

Defendant.

---

RACHEL GNIEWKOWSKI,

Plaintiff, 18cv1524
MEMBER CASE

v.

SCENTBIRD, INC.,

Defendant.

---

TOM BROWN,

Plaintiff, 18cv1526
MEMBER CASE

v.

WILSON SPORTING GOODS CO.,

Defendant.

---

RACHEL GNIEWKOWSKI,

Plaintiff,

18cv1543
MEMBER CASE

v.

THIRDLOVE, LLC,

Defendant.

---

RACHEL GNIEWKOWSKI,

Plaintiff,

18cv1544
MEMBER CASE

v.

TORRID, LLC,

Defendant.

---

TOM BROWN,

Plaintiff,

18cv1545
MEMBER CASE

v.

WINDOW NATION, INC.,

Defendant.

---

TOM BROWN,

Plaintiff,

18cv1561
MEMBER CASE

v.

CALLAWAY GOLF COMPANY,

Defendant.

**ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 18-1473, 18-1474, 18-1485, 18-1486, 18-1487, 18-1495, 18-1496, 18-1497, 18-1512, 18-1513, 18-1514, 18-1520, 18-1523, 18-1524, 18-1526, 18-1543, 18-1544, 18-1545, and 18-1561 are hereby consolidated with Civil Action No. 18-1472, the lead case as captioned above.
2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 18-1472.
3. The Clerk of Court shall close Civil Action No. 18-1473, 18-1474, 18-1485, 18-1486, 18-1487, 18-1495, 18-1496, 18-1497, 18-1512, 18-1513, 18-1514, 18-1520, 18-1523, 18-1524, 18-1526, 18-1543, 18-1544, 18-1545, and 18-1561.

**SO ORDERED** this 20th day of November, 2018.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge